IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLD PARTNERS, L.P., et al., | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 23-1266-RGA |
| SAGALIAM ACQUISITION CORP., | : |
| Defendant. | : |

**ORDER SCHEDULING HEARING**

The Court will hold a hearing on Plaintiff's motion for a TRO (D.I. 5) on November 17, 2023, at 3 p.m. IT IS SO ORDERED this 15th day of November 2023.

The Clerk is directed to email a copy of this order to kellidaustin@gmail.com, prm@patrickmorrislaw.com, bkostiner@legacyeducation.com, barrykostiner@legacyea.com, and bkostiner@fintecham.com.

_____
United States District Judge