

**Patrick Ryan Morris, Esq.**

**Morris Legal Corp.**
28 Laight Street, 2nd Floor
New York, New York 10013

Direct: +1 (917) 621-1110
Main: +1 (646) 692-4012
Fax: +1 (929) 296-7680
Email: prm@patrickmorrislaw.com

www.patrickmorrislaw.com

Nicole Selmyer

Case Manager to the Honorable Richard G. Andrews

United States District Court for the District of Delaware

Civil Action No. 23-1266-RGA

GLD Partners, L.P. et al. v. Sagaliam Acquisitions Corp.

Date: November 16, 2023

To the Hon. Ricard G. Andrews:

    I received notice of the hearing being held on Plaintiff's motion for a TRO (D.I. 5) on November 17, 2023, at 3 p.m.

    Due to a prior scheduled trip to the United Kingdom, I will be out of the country beginning on Thursday, November 16, 2023 – Sunday, November 26, 2023. This trip cannot be rescheduled and involves meetings essential to my business.

    If the court requests that I be present for the above scheduled hearing, I respectfully request that the Court grant and adjournment until November 30, 2023. The Defendant has been unable to secure local Delaware counsel, and as I am only admitted to practice in New York State, the Eastern and Southern Districts, the 2d Cir. Court of Appeals and the Southern District of Texas, I believe that it is essential for the Defendant to be represented by counsel admitted to practice before this Court.

    I has also been brought to my attention that Mr. Barry Kostiner, the Chief Executive Officer of the Defendant is devoutly religious and cannot be present due to the day and time of the hearing.

    I have alerted local counsel for the Plaintiff of my request for adjournment.

Respectfully submitted,

Patrick Ryan Morris, Esq.



FILED
NOV 16 2023
US DISTRICT COURT
DISTRICT OF DELAWARE