IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GLD PARTNERS, L.P., | : | |
| Plaintiffs, | : | |
| v. | : | Civil Action No. 23-1266-RGA |
| SAGALIAM ACQUISITION CORP., | : | |
| Defendants. | : | |

**ORDER**

The Court set a hearing on the TRO for Friday at 3 p.m. Defendant is to date unrepresented. That seems unlikely to change by tomorrow. Based on the letters submitted today (D.I. 18; D.I. 19), the Court does not expect Mr. Morris, Mr. Kostiner, or Ms. Austin to appear at the hearing.[1] Without a lawyer, they would simply be observers.

The TRO seeks to prevent a meeting on November 21st. I cannot simply continue the hearing until a date after Thanksgiving.

Thus, the Court needs to keep the hearing date. The hearing will be on the record.

IT IS SO ORDERED this 16th day of November 2023.

_____
United States District Judge

---

[1] I directed that the order scheduling the hearing be emailed to them, not as a command to appear, and not as a request that any of them represent the corporate defendant, but as notice so that they would have an opportunity to obtain a Delaware lawyer who could represent Defendant.