IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLD PARTNERS, L.P., and GLD SPONSOR MEMBER LLC, <br><br> Plaintiffs, <br><br> v. <br><br> SAGALIAM ACQUISITION CORP., <br><br> Defendant. | ) ) ) ) ) ) ) No. 1:23-cv-01266-RGA ) ) ) ) ) ) |

## TEMPORARY RESTRAINING ORDER

At Wilmington, this 20th day of November, 2023, the Court, having considered the Motion for Temporary Restraining Order and Preliminary Injunction, and for Expedited Discovery (the "Motion"), filed by plaintiffs GLD Partners, L.P. and GLD Sponsor Member LLC (D.I. 5), and having conducted a hearing on November 17, 2023 (the "Hearing"), and defendant Sagaliam Acquisition Corp. ("Sagaliam") having had due notice of both the Motion and the hearing, and having considered the Complaint and the exhibits thereto, the Declaration of Daniel Gordon sworn to November 7, 2023 (D.I. 9) and the other papers submitted by plaintiffs; and

It appearing that plaintiffs have shown a likelihood of success on the merits of their claim and that plaintiffs would be irreparably injured absent issuance of a temporary restraining order, and it further appearing that the balance of interests in this case weighs in favor of the issuance of a temporary restraining order; and

1

It appearing to the Court that good cause has been shown, for the reasons set forth on the record at the Hearing, the portion of the Motion requesting a temporary restraining order should be granted.

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. Sagaliam and those persons in active concert or participation with Sagaliam are restrained and enjoined from convening a shareholders meeting on November 21, 2023 or any date thereafter to conduct a shareholders vote on a proposal to extend the Deadline Date, as defined in Sagaliam's Amended and Restated Certificate of Incorporation, unless and until the portion of plaintiffs' Motion seeking a preliminary injunction is adjudicated in favor of Sagaliam.

2. To the extent not already expired and lapsed as alleged and shown by plaintiffs in the Motion, the remaining time to conduct a vote on an extension of the Deadline Date and the date of the expiration of the Deadline Date are hereby stayed and tolled until thirty (30) calendar days after entry of an Order by this Court denying the portion of the Motion seeking a preliminary injunction enjoining a shareholders meeting to conduct a vote on a proposal to extend the Deadline Date.

3. This Temporary Restraining Order is issued pursuant to Rule 65(b) of the Federal Rules of Civil Procedure and shall expire when the Motion for Preliminary Injunction comes on for hearing, unless within such time this Order, for good cause shown, is extended or unless Sagaliam consents that it may be extended for a longer period.

4. For the reasons set forth on the record, pursuant to Rule 65(c) of the Federal Rules of Civil Procedure, plaintiffs shall post a bond in the amount of one hundred thousand dollars

($100,000.00) and shall file said bond with the Clerk of the Court within three (3) business days of entry of this Order.[1]

     5.    A hearing on the portion of the Motion seeking issuance of a Preliminary Injunction is set for December 11, 2023, at 10 a.m. Sagaliam shall file any papers in opposition to the Motion by the close of business (*i.e.*, 5 p.m. EST) on December 1, 2023, and plaintiffs shall file any reply papers in further support of the Motion by the close of business on December 6, 2023.

                                                        _____
                                                         UNITED STATES DISTRICT JUDGE

---

[1] At the hearing, I set the bond at $10,000. Upon reflection, I think more is required.