# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **GLD PARTNERS, L.P., and GLD SPONSOR MEMBER LLC,** | C.A. No. 1:23-cv-01266-RGA |
| Plaintiff, | |
| v. | |
| **SAGALIAM ACQUISITION CORP.** | |
| Defendant. | |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant, Sagaliam Acquisition Corp. (a private non-governmental party), identifies the following corporation that owns 10% or more of Sagaliam Acquisition Corp.'s stock: Enzolytics, Inc.

Respectfully Submitted,

**GARIBIAN LAW OFFICES, P.C.**

/s/ Antranig Garibian
Antranig Garibian, Esquire (Bar No. 4962)
Brandywine Plaza East
1523 Concord Pike, Suite 400
Wilmington, DE 19803
(302) 722-6885
ag@garibianlaw.com
*Counsel for Sagaliam Acquisition Corp.*