IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **GLD PARTNERS, L.P., and GLD SPONSOR MEMBER LLC,** | : | C.A. No. 1:23-cv-01266-RGA |
| Plaintiff, | : | |
| v. | : | |
| **SAGALIAM ACQUISITION CORP.** | : | |
| Defendant. | : | |

## DEFENDANT'S MOTION TO DISMISS COMPLAINT

Defendant, Sagaliam Acquisition Corp., by and through undersigned counsel, hereby moves this Honorable Court for an Order dismissing Plaintiff's Complaint with prejudice as set forth more fully in the Opening Brief in Support of this Motion filed simultaneously herewith.

Respectfully Submitted,

*[signature]*

_____
By: Antranig Garibian, Esq. (DE Bar No. 4962)
Garibian Law Offices, P.C.
1523 Concord Pike, Suite 400
Wilmington, DE 19803
(302) 722-6885 – o
ag@garibianlaw.com
*Attorney for Defendant, Sagaliam Acquisition Corp.*