## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

**GLD PARTNERS, L.P., and GLD**
**SPONSOR MEMBER LLC,**                          :      **C.A. No. 1:23-cv-01266-RGA**
                                                 :
                               Plaintiff,        :
                                                 :
        **v.**                                   :
                                                 :
**SAGALIAM ACQUISITION CORP.**                   :
                                                 :
                               Defendant.        :

## [PROPOSED ORDER] GRANTING DEFENDANT'S
## MOTION TO DISMISS COMPLAINT

AND NOW, upon consideration of the motion of Defendant Sagaliam Acquisition Corp. for

dismissal of Plaintiff's Complaint, it is hereby ORDERED that the motion is GRANTED, and that

Plaintiff's Complaint is DISMISSED with prejudice:

_____
                                                                              J.