## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **GLD PARTNERS, L.P., and GLD** | | |
| **SPONSOR MEMBER LLC,** | : | **C.A. No. 1:23-cv-01266-RGA** |
| | : | |
| Plaintiff, | : | |
| | : | |
| **v.** | : | |
| | : | |
| **SAGALIAM ACQUISITION CORP.** | : | |
| | : | |
| Defendant. | : | |

### CERTIFICATE OF SERVICE

I, Antranig Garibian, hereby certify that on November 29, 2023, a true and correct copy of

*Defendant's Motion to Dismiss Complaint* and *Opening Brief* in support thereof was served upon

all counsel of record via CM/ECF.

Respectfully Submitted,

_____
By: Antranig Garibian, Esq. (DE Bar No. 4962)
Garibian Law Offices, P.C.
1523 Concord Pike, Suite 400
Wilmington, DE  19803
(302) 722-6885 – o
ag@garibianlaw.com
*Attorney for Defendant, Sagaliam Acquisition Corp.*

1