SAGALIAM ACQUISITION CORP.
STATEMENT OF CASH FLOW

| | For the period ended September 30, 2023 | For the year ended December 31, 2022 |
|---|---|---|
| Cash Flow fron Operating Activities | | |
| Net Loss | $ (1,508,952) | $ (3,410,277) |
| Adjustments to reconcile net loss to net cash used in operating activities: | | |
| Interest earned on marketable securities held in Trust Account | $ (313,255) | $ (1,509,988) |
| Change in orapering assets and liabiliyeis: | | |
| Prepaid expenses | | $ 103,381 |
| Accrued expenses | $ 565,433 | $ 3,258,580 |
| Franchise tax payable | $ 200,000 | $ (150,000) |
| Net cash used in operating activities | $ (1,056,774) | $ (1,708,304) |
| | | |
| Cash flows from Investing Activities | | |
| Cash withdrawn from Trust Account for redeeming Class A stockholders | | $ 107,595,680 |
| Cash acquired in Acquisition | $ 537,443 | |
| Cash withdrawn from Trust Account for payment of taxes | | $ 285,268 |
| Cash deposited in trust account for extension fees | | $ (57,388) |
| Cash provided by (used in) investing activities | $ 537,443 | $ 107,823,560 |
| | | |
| Cash Flows from Financing Activities | | |
| Payment for redeeming Class A stockholders | | $ (107,595,680) |
| Proceeds from convertible debt | $ 224,000 | |
| Proceeds from Promissory note - related party | $ 829,677 | $ 721,500 |
| | $ 1,053,677 | $ (106,874,180) |
| | | |
| Net Change in Cash | $ 534,346 | $ (758,924) |
| Cash - Beginning period | $ 3,116 | $ 762,040 |
| Cash - End of period | $ 537,462 | $ 3,116 |
| | | |
| Supplemental Disclosure of non-cash Investing and Financing Activities | | |
| Non-Cash Investing and Financing Activities | | |
| Reduction in underwriters fee | | $ (1,000,000) |
| Accretion of income to Trust Account | | $ 1,509,988 |

SAGALIAM ACQUISITION CORP.
BALANCE SHEET

|  | 30-Sep-23 | 31-Dec-22 |
|---|---|---|
| Assets |  |  |
| Current Assets |  |  |
| Cash | $ 537,462 | $ 3,116 |
| Prepaid Expenses | $ 198,685 | $ 198,685 |
| Total Curren Assets | $ 736,147 | $ 201,801 |
|  |  |  |
| Prepaid Expenses - non-current |  | $ - |
| Invetment in Operating Subsidiaries | $ 450,000,000 |  |
| Marketable Securities held in Trust Account | $ 10,673,117 | $ 9,843,440 |
| Total Assets | $ 461,409,264 | $ 10,045,241 |
|  |  |  |
| liabiities and stockholders' Deficit |  |  |
| Current Liabilities |  |  |
| Account payable and accrued expenses | $ 2,560,007 | $ 2,304,574 |
| Accrued expense termination fee - related party | $ 1,000,000 | $ 1,000,000 |
| Accrued administrative fee - related party | $ 340,000 | $ 30,000 |
| Franchise tax payable | $ 200,000 | $ - |
| Convertible  Notes Payable | $ 224,000 |  |
| Promissory note - related party | $ 1,237,922 | $ 721,500 |
| Total Current Liabilities | $ 5,561,929 | $ 4,056,074 |
| Deferred Underwriting fee payable | $ 3,025,000 | $ 3,025,000 |
| Total Liabilities | $ 8,586,929 | $ 7,081,074 |
|  |  |  |
| Commitments and Contingencies |  |  |
| Class A common stock subject to redemption 956,337 shares at redemption value of $10.84 and  $10.29 per share at 3-31-2023 and  12-31-2022 respectively | $ 10,673,117 | $ 9,843,440 |
|  |  |  |
| Stockholders' Deficit |  |  |
| Preferred stock, $.0001 par value; 1,000,000 shares authorized none issued and outstanding |  | $ - |
|  |  |  |
| Class A common stock, .0001 par value, 100,000,000 shares authorized 515,000 shares issued and outstanding at 3-31-2023 and 12-31--2022 respectively | $ 52 | $ 52 |
|  |  |  |
| Class  B common stock, .0001 par value, 10,000,000 shares authorized 2,875,000 shares issued and outstanding at 3-31-2023 and 12-31--2022 respectively | $ 4,788 | $ 288 |
|  |  |  |
| Additional Paid-in Capitlal | $ 450,532,943 |  |
|  |  |  |
| Accumulated deficit | $ (8,388,565) | $ (6,879,613) |
|  |  |  |
| Total Stockholders deficit | $ 442,149,218 | $ (6,879,273) |
|  |  |  |
| Total liabilites and stockholders' deficit. | $ 461,409,264 | $ 10,045,241 |