# EXHIBIT D

# EDGAR Entity Landing Page

| Form type | Form description | Filing date | Reporting date |
|---|---|---|---|
| DEF 14A | Other definitive proxy statements | 2023-10-20 | 2023-10-20 |
| PRE 14A | Other preliminary proxy statements | 2023-10-11 | 2023-10-11 |
| 8-K | Current report | 2023-09-15 | 2023-09-15 |
| 8-K | Current report | 2023-08-08 | 2023-08-08 |
| 8-K | Current report | 2023-07-28 | 2023-07-28 |
| 8-K | Current report | 2023-06-29 | 2023-05-09 |
| 8-K | Current report | 2023-06-02 | 2023-05-09 |
| 8-K | Current report | 2023-06-01 | 2023-05-09 |
| NT 10-Q/A | Notification of inability to timely file Form 10-Q or 10-QSB - amendment | 2023-05-25 | 2023-03-31 |
| 10-K | Annual report [Section 13 and 15(d), not S-K Item 405] | 2023-05-22 | 2022-12-31 |
| NT 10-Q | Notification of inability to timely file Form 10-Q or 10-QSB | 2023-05-15 | 2023-03-31 |
| SC 13D | General statement of acquisition of beneficial ownership | 2023-05-11 | |
| 8-K | Current report | 2023-05-11 | 2023-05-09 |
| 8-K | Current report | 2023-04-24 | 2023-04-21 |
| 8-K | Current report | 2023-04-21 | 2023-04-21 |
| NT 10-K/A | Notification of inability to timely file Form 10-K 405, 10-K, 10-KSB 405, 10-KSB, 10-KT, or 10-KT405 - amendment | 2023-04-17 | 2022-12-31 |
| 8-K | Current report | 2023-04-03 | 2023-04-03 |
| NT 10-K | Notification of inability to timely file Form 10-K 405, 10-K, 10-KSB 405, 10-KSB, 10-KT, or 10-KT405 | 2023-03-31 | 2022-12-31 |
| 8-K | Current report | 2023-03-01 | 2023-03-01 |
| SC 13G/A | Statement of acquisition of beneficial ownership by individuals - amendment | 2023-02-27 | |
| 8-K | Current report | 2023-02-24 | 2023-02-24 |
| SC 13G/A | Statement of acquisition of beneficial ownership by individuals - amendment | 2023-02-14 | |
| SC 13G/A | Statement of acquisition of beneficial ownership by individuals - amendment | 2023-02-14 | |
| SC 13G/A | Statement of acquisition of beneficial ownership by individuals - amendment | 2023-02-14 | |
| SC 13G/A | Statement of acquisition of beneficial ownership by individuals - amendment | 2023-02-14 | |
| SC 13G | Statement of acquisition of beneficial ownership by individuals | 2023-02-14 | |
| SC 13G/A | Statement of acquisition of beneficial ownership by individuals - amendment | 2023-02-14 | |
| SC 13G/A | Statement of acquisition of beneficial ownership by individuals - amendment | 2023-02-13 | |
| SC 13G/A | Statement of acquisition of beneficial ownership by individuals - amendment | 2023-02-10 | |
| SC 13G/A | Statement of acquisition of beneficial ownership by individuals - amendment | 2023-02-08 | |
| SC 13G/A | Statement of acquisition of beneficial ownership by individuals - amendment | 2023-02-08 | |
| SC 13G/A | Statement of acquisition of beneficial ownership by individuals - amendment | 2023-02-08 | |
| SC 13G | Statement of acquisition of beneficial ownership by individuals | 2023-02-02 | |
| SC 13G/A | Statement of acquisition of beneficial ownership by individuals - amendment | 2023-01-31 | |
| 8-K | Current report | 2023-01-23 | 2023-01-23 |