# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **GLD PARTNERS, L.P., and GLD SPONSOR MEMBER LLC,** : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> **SAGALIAM ACQUISITION CORP.** : <br> : <br> Defendant. : | C.A. No. 1:23-cv-01266-RGA |

## STIPULATION TO EXTEND TIME

**AND NOW**, this 14th day of December, 2023, it is hereby stipulated and agreed by Plaintiff and Defendant, by and through their respective counsel, that Defendant Sagaliam Acquisition Corp. may have an extension to move, answer or otherwise respond to Plaintiff's Amended Complaint, so that the deadline would be January 19, 2024, there having been no prior extensions of this deadline.

| /s/ Antranig Garibian | /s/ Sean J. Bellew |
|---|---|
| Antranig N. Garibian, Esquire, Bar No. 4962 | Sean J. Bellew, Esquire, Bar No. 4072 |
| Garibian Law Offices, P.C. | Bellew LLC |
| Brandywine Plaza East | Red Clay Center at Little Falls |
| 1523 Concord Pike, Suite 400 | 2961 Centerville Road, Suite 302 |
| Wilmington, DE 19803 | Wilmington, DE 19808 |
| (302) 722-6885 – o | (302) 353-4951 |
| ag@garibianlaw.com | sjbellew@bellewllc.com |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |

**BY THE COURT:**

APPROVED: _____