IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GLD PARTNERS, L.P., et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. 23-1266-RGA |
| | : | |
| SAGALIAM ACQUISITION CORP., | : | |
| | : | |
| Defendant. | : | |

**ORDER SETTING RULE 16(b) CONFERENCE**

1. A scheduling conference pursuant to Fed. R. Civ. P. 16(b) will be held on **Tuesday, March 12, 2024, at 2:00 p.m.**, in Courtroom 6A of the Boggs Federal Building, 844 King Street, Wilmington, Delaware.

2. Parties shall use the "Rule 16 Order - non-patent" form of order, available on the Court's website, for the purpose of being prepared to provide the Court with agreed-upon dates that need to be scheduled. No later than two business days before the scheduling conference, the parties shall file a proposed scheduling order using the "Rule 16 Scheduling Order - non-patent."

3. The parties shall direct any requests or questions regarding the scheduling or management of this case to the Court's Case Manager at (302) 573-6137.

February 7, 2024                                /s/ Richard G. Andrews
Date                                                    United States District Judge