# EXHIBIT A

Home » Company Search

# Sagaliam Acquisition Corp SAGA, SAGAR, SAGAU on Nasdaq

Investor Toolkit: On ▼

[+] Company Information

Latest Filings (excluding insider transactions)

- February 14, 2024 - SC 13G/A: Statement of acquisition of beneficial ownership by individuals - *amendment* [Filing]
- February 14, 2024 - SC 13G: Statement of acquisition of beneficial ownership by individuals [Filing]
- December 19, 2023 - 10-Q: Quarterly report for quarter ending June 30, 2023 [Filing]
- December 12, 2023 - 8-K/A: Current report - *amendment* [Filing]
    - 3.01 - Notice of Delisting or Failure to Satisfy a Continued Listing Rule or Standard; Transfer of Listing (Notice of Delisting or Failure to Satisfy a Continued Lis...
    - 4.02 - Non-Reliance on Previously Issued Financial Statements or a Related Audit Report or Completed Interim Review (Non-Reliance on Previously Issued Fi...
    - 9.01 - Financial Statements and Exhibits (Financial Statements and Exhibits)
- December 11, 2023 - 8-K: Current report [Filing]
    - 3.01 - Notice of Delisting or Failure to Satisfy a Continued Listing Rule or Standard; Transfer of Listing (Notice of Delisting or Failure to Satisfy a Continued Lis...
    - 4.02 - Non-Reliance on Previously Issued Financial Statements or a Related Audit Report or Completed Interim Review (Non-Reliance on Previously Issued Fi...
    - 9.01 - Financial Statements and Exhibits (Financial Statements and Exhibits)

Hide filings

Selected Filings

[+] 8-K (current reports)

[+] 10-K (annual reports) and 10-Q (quarterly reports)

[+] Proxy (annual meeting) and information statements

[+] Ownership disclosures

Filings

All | Search table | From Date (yyyy-mm-dd) | To Date (yyyy-mm-dd) | Clear

Keywords | Search text in documents

Show columns:
☑ Form type  ☑ Form description  ☑ Filing date  ☑ Reporting date  ☐ Act  ☐ Film number  ☐ File number  ☐ Accession number  ☐ Size

Copy to clipboard | CSV | Excel | Print | RSS feed

| Form type | Form description | Filing date | Reporting date |
|---|---|---|---|
| SC 13G/A | Statement of acquisition of beneficial ownership by individuals - *amendment* [Filing] | 2024-02-14 | |
| SC 13G | Statement of acquisition of beneficial ownership by individuals [Filing] | 2024-02-14 | |
| 10-Q | Quarterly report [Sections 13 or 15(d)] [Filing] | 2023-12-19 | 2023-06-30 |
| 8-K/A | Current report - *amendment* [Filing] | 2023-12-12 | 2023-12-11 |
| | 3.01 - Notice of Delisting or Failure to Satisfy a Con... | | |
| | 4.02 - Non-Reliance on Previously Issued Financial... | | |
| | 9.01 - Financial Statements and Exhibits (Financial... | | |
| 8-K | Current report [Filing] [Amendments] | 2023-12-11 | 2023-12-11 |
| | 3.01 - Notice of Delisting or Failure to Satisfy a Con... | | |
| | 4.02 - Non-Reliance on Previously Issued Financial... | | |
| | 9.01 - Financial Statements and Exhibits (Financial... | | |

| Form | Description | Filing Date | Period |
|---|---|---|---|
| 10-Q | Quarterly report [Sections 13 or 15(d)] Filing | 2023-11-27 | 2023-03-31 |
| 8-K | Current report Filing | 2023-11-20 | 2023-11-20 |
| | 3.01 - Notice of Delisting or Failure to Satisfy a Con... | | |
| DEF 14A | Other definitive proxy statements Filing | 2023-10-20 | 2023-10-20 |
| PRE 14A | Other preliminary proxy statements Filing | 2023-10-11 | 2023-10-11 |
| 8-K | Current report Filing | 2023-09-15 | 2023-09-15 |
| | 1.01 - Entry into a Material Definitive Agreement (E... | | |
| | 3.01 - Notice of Delisting or Failure to Satisfy a Con... | | |
| | 7.01 - Regulation FD Disclosure (Regulation FD Dis... | | |
| | 8.01 - Other Events (The registrant can use this Ite... | | |
| | 9.01 - Financial Statements and Exhibits (Financial ... | | |
| 8-K | Current report Filing | 2023-08-08 | 2023-08-08 |
| | 8.01 - Other Events (The registrant can use this Ite... | | |
| | 9.01 - Financial Statements and Exhibits (Financial ... | | |
| 8-K | Current report Filing | 2023-07-28 | 2023-07-28 |
| | 3.01 - Notice of Delisting or Failure to Satisfy a Con... | | |
| | 5.02 - Departure of Directors or Certain Officers; El... | | |
| | 9.01 - Financial Statements and Exhibits (Financial ... | | |
| 8-K | Current report Filing | 2023-06-29 | 2023-05-09 |
| | 5.02 - Departure of Directors or Certain Officers; El... | | |
| | 8.01 - Other Events (The registrant can use this Ite... | | |
| | 9.01 - Financial Statements and Exhibits (Financial ... | | |
| 8-K | Current report Filing | 2023-06-02 | 2023-05-09 |
| | 3.01 - Notice of Delisting or Failure to Satisfy a Con... | | |
| | 9.01 - Financial Statements and Exhibits (Financial ... | | |
| 8-K | Current report Filing | 2023-06-01 | 2023-05-09 |
| | 3.01 - Notice of Delisting or Failure to Satisfy a Con... | | |
| | 8.01 - Other Events (The registrant can use this Ite... | | |
| | 9.01 - Financial Statements and Exhibits (Financial ... | | |
| NT 10-Q/A | Notification of inability to timely file Form 10-Q or 10-QSB - *amendment* Filing | 2023-05-25 | 2023-03-31 |
| 10-K | Annual report [Section 13 and 15(d), not S-K Item 405] Filing | 2023-05-22 | 2022-12-31 |

Showing 1 to 33 of 103 entries
Data source: CIK0001855351.json

## Investor Resources

### How to Use EDGAR

Learn how to use EDGAR to research public filings by public companies, mutual funds, ETFs, some annuities, and more.

### Before you Invest, Investor.gov

Get answers to your investing questions from the SEC's website dedicated to retail investors