# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **GLD PARTNERS, L.P., and GLD SPONSOR MEMBER LLC,** | : | C.A. No. 1:23-cv-01266-RGA |
| Plaintiff, | : | |
| v. | : | |
| **SAGALIAM ACQUISITION CORP.** | : | |
| Defendant. | : | |

## NOTICE OF SERVICE

I certify that on March 13, 2024, a true and accurate copy of Defendant's FRCP 26(A)(1) Disclosures and Initial Disclosures under Paragraph 3 of the Default Standard for Discovery were served via e-mail on the following parties:

Sean Bellew – sjbellew@bellewllc.com
Peter Haveles – peter.haveles@akerman.com

**GARIBIAN LAW OFFICES, P.C.**
By: */s/ Antranig N. Garibian*
Antranig N. Garibian, Esquire (DE Bar No. 4962)
1523 Concord Pike, Suite 400
Wilmington, DE 19803
Telephone: (302) 722-6885
ag@garibianlaw.com
*Attorney for Defendant, Sagaliam Acquisition Corp.*