## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **GLD PARTNERS, L.P., and GLD SPONSOR MEMBER LLC,** | : | **C.A. No. 1:23-cv-01266-** |
| | : | **RGA** |
| Plaintiff, | : | |
| | : | |
| **v.** | : | |
| | : | |
| **SAGALIAM ACQUISITION CORP.** | : | |
| | : | |
| Defendant. | : | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE, that on March 26, 2024, a copy of the Plaintiff's *Initial Disclosures* were served on the counsel of record listed below, via email only.

Counsel of Record

Antranig Garibian, Esq.
Garibian Law Offices, P.C.
261 Old York Road, Unit 427
Jenkintown, PA 19046
ag@garibianlaw.com

Dated: March 26, 2024

/s/ Sean J. Bellew

Sean J. Bellew (# 4072)
Bellew LLC
2961 Centerville Road, Suite 302
Wilmington, DE  19808
(302) 353-4951
(610) 585-5900 (cell)
sjbellew@bellewllc.com

Attorneys for Plaintiffs