**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **GLD PARTNERS, L.P., and GLD SPONSOR MEMBER LLC,** | : | C.A. No. 1:23-cv-01266-RGA |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **SAGALIAM ACQUISITION CORP.** | : | |
| | : | |
| Defendant. | : | |

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties in this action that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: January 13, 2025

| | |
|---|---|
| /s/Antranig N. Garibian | /s/ Sean J. Bellew |
| Antranig N. Garibian (Bar No. 4962) | Sean J. Bellew, Esquire, Bar No. 4072 |
| Brandywine Plaza East | Bellew LLC |
| 1523 Concord Pike, Suite 400 | Red Clay Center at Little Falls |
| Wilmington, DE 19803 | 2961 Centerville Road, Suite 302 |
| 302-722-6885 | Wilmington, DE 19808 |
| Email: ag@garibianlaw.com | (302) 353-4951 |
| *Attorneys for Defendant* | sjbellew@bellewllc.com |
| | *Attorneys for Plaintiffs* |

SO ORDERED this __14__ day of __January__, 2025.

/s/ Richard G. Andrews
Hon. Richard G. Andrews